UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

XAVIER PAYNE,

    Plaintiff,

v.

                          Case No. 1:23-cv-441

                          Hon. Hala Y. Jarbou

UNKNOWN MAY, et al.,

    Defendants.
_____/

## ORDER

On May 23, 2024, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that defendants' motion for summary judgment on the basis of exhaustion be denied (ECF No. 34). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has passed. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 34) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 18) is **DENIED**.

Dated: June 21, 2024                      /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE